

# NUMBER 13-14-00615-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## EX PARTE DONALD PIERCE

**On appeal from the 445th District Court
of Cameron County, Texas.**

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Garza
Memorandum Opinion Per Curiam**

Donald Pierce filed an appeal from the trial court's order signed October 14, 2014.

Pierce, by and through his attorney, has filed a motion to dismiss his appeal because the

appeal is moot.   *See* TEX. R. APP. P. 42.2(a).   Without passing on the merits of the case,

we grant the motion and dismiss the appeal.   Having dismissed the appeal at appellant's

request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
11th day of December, 2014.